ENT      JS-6

**FILED**
**CLERK, U.S. DISTRICT COURT**
SEP 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARTHUR VAN SWAIT,            ) | Case No. CV 08-5821 ABC (AN) |
|       Petitioner,   ) | JUDGMENT |
|   v.                                    ) | |
| M.S. EVANS,                         ) | |
|       Respondent.  ) | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

*Audrey B. Collins*

Dated: September 19, 2008

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY